*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

GARLAND RIGGAN

vs.                                                         NO. 4:10CV00174 SWW

GARRY DEVRIES, ET AL

### ORDER OF DISMISSAL

The Court having been advised that the parties in the above-styled case have reached a full and complete settlement before U. S. Magistrate Jerry W. Cavaneau,

IT IS THEREFORE ORDERED that the all claims in this action hereby are dismissed with prejudice, subject to the terms of the Settlement Agreement.

If the parties wish the Court to be available to enforce the terms of the settlement agreement, they are directed to reduce it to writing and file same with the Court within 30 days from this date.

DATED this 10th day of March 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE